IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM ROGERS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV272 |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART HOME OFFICE and | ) | MEMORANDUM OPINION |
| AMANDA, Claim Manager, | ) | |
| | ) | |
| Defendants. | ) | |

On November 3, 2015, the Court ordered plaintiff to, within 30 days, file sufficient evidence with the Court showing that the amount in controversy is greater than $75,000.00, the jurisdictional limit. To date, plaintiff has not filed any such evidence or taken any other action in this matter.

The Court finds plaintiff's complaint should be dismissed without prejudice. A separate order will be entered in accordance with this memorandum opinion.

DATED this 4th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court